```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20575
   GLORIA JONES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0891


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/04/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00           .00           .00
WELLS FARGO HOME MORTGAG SECURED NOT I    7327.63           .00           .00
LOAN SERVICING GROUP LLC CURRENT MORTG        .00           .00           .00
LOAN SERVICING GROUP LLC SECURED NOT I   56115.71           .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     --------------         --------------
TOTALS                    .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                /s/ Tom Vaughn
     Dated: 04/23/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```